JENNIFER L. WILLIAMS (Bar No. 268782)
(E Mail:  jenn@summaLLP.com)
SUMMA LLP
800 Wilshire Blvd. Suite 1050
Los Angeles, California 90017

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | Case No. CR 16-029-CJC |
| v. | |
| DEVAN HOWARD et al., | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged:  (**List Documents**)

1) UNDER SEAL DOCUMENT

2) [proposed] ORDER

**Reason:**

☑   Under Seal

☐   In Camera

☐   Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☑   Per Court order dated:    Feb. 5, 2021 Dkt. 1705

☐   Other:

February 3, 2022
Date

Jennifer L. Williams
Attorney Name

Darrell Cedric Dent
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                                    **NOTICE OF MANUAL FILING OR LODGING**

**PROOF OF SERVICE**

I am a citizen of the United States and employed in Los Angeles County, California. I am over 18 years of age, and I am not a party to the instant action. My business address is Summa LLP, 800 Wilshire Blvd., Suite 1050, Los Angeles, CA 90017. I am a member of the Bar of the United States District Court for the Central District of California.

On this date, I served a copy of the following UNDER SEAL document(s), described as follows:

1) UNDER SEAL DOCUMENT

2) [proposed] ORDER

in the following manner:

**Email**: by e-mailing the documents to the e-mail addresses specified below:

- Jeffrey M. Chemerinsky: Jeffrey.Chemerinsky@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct, executed on February 3, 2022, in Los Angeles County, California.

*/s/ Jennifer L. Williams*
JENNIFER L. WILLIAMS

1