JENNIFER L. WILLIAMS (Bar No. 268782)
(E Mail:  jenn@summaLLP.com)
SUMMA LLP
1010 Sycamore Ave. Unit 117
South Pasadena, CA 91030

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF(S)<br><br>v.<br><br>DEVAN HOWARD et al.,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>Case No. CR 16-029-CJC<br><br>**NOTICE OF MANUAL FILING<br>OR LODGING** |
| --- | --- |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed  ☐ Lodged:  (**List Documents**)

1) UNDER SEAL DOCUMENT

2) [proposed] ORDER

**Reason:**

☑  Under Seal

☐  In Camera

☐  Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☑  Per Court order dated:    Feb. 5, 2021 Dkt. 1705

☐  Other:

October 3, 2022
Date

Jennifer L. Williams
Attorney Name

Darrell Cedric Dent
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                  NOTICE OF MANUAL FILING OR LODGING

**PROOF OF SERVICE**

I am a citizen of the United States and employed in Los Angeles County, California. I am over 18 years of age, and I am not a party to the instant action. My business address is Summa LLP, 1010 Sycamore Ave., South Pasadena, CA 91030. I am a member of the Bar of the United States District Court for the Central District of California.

On this date, I served a copy of the following UNDER SEAL document(s), described as follows:

1) UNDER SEAL DOCUMENT

2) [proposed] ORDER

in the following manner:

**Email**: by e-mailing the documents to the e-mail addresses specified below:

- Jeffrey M. Chemerinsky: Jeffrey.Chemerinsky@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct, executed on October 3, 2022, in Los Angeles County, California.

*/s/ Jennifer L. Williams*
JENNIFER L. WILLIAMS

1