AUSA Jeffrey M. Chemerinsky (Cal. Bar No. 270756)
United States Attorney's Office
312 N. Spring Street, Suite 1300
Los Angeles, California 90012

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　PLAINTIFF(S)<br>　　　v.<br><br>HOWARD ET AL.,<br><br>　　　　　　　　　　DEFENDANT(S). | CASE NUMBER:<br><br>SACR 16-029-CJC<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually filed (**LIST DOCUMENTS**):

DOCUMENTS (Under Seal)

**Reason:**

☑ Under Seal and/or In Camera

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required ( *reason* ):

| | |
|---|---|
| November 01, 2022 | JEFFREY M. CHEMERINSKY |
| Date | Attorney Name |
| | UNITED STATES OF AMERICA |
| | Party Represented |

*Note:　File one Notice of Manual Filing in each case, each time you manually file document(s).*

G-92 (01/14)　　　　　　　　　　　　　　NOTICE OF MANUAL FILING