FILED
CLERK, U.S. DISTRICT COURT

OCT - 7 2024

CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEVAN HOWARD,<br><br>Defendant. | Case No. 8:16-cr-00029-JVS<br><br>ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. § 3143(a)] |

    The defendant having been arrested pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of supervision; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A. ( X ) The defendant has not met defendant's burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: *nature of current allegations, including repeated illegal drug use, failure to report law enforcement contact, travelling outside the district without permission and commission of new offenses; lack of viable sureties*

and

B. ( X ) The defendant has not met defendant's burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on: *nature of current allegations, including repeated illegal drug use, failure to report law enforcement contact, travelling outside the district without permission and commission of new offenses; lack of viable sureties*

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

Dated: October 7, 2024

JOHN D. EARLY
United States Magistrate Judge